CENTRAL HANOVER BANK AND TRUST COMPANY, as Successor Trustee under a Mortgage or Deed of Trust, Dated as of January 1, 1928, Executed January 16, 1928, by SARANAC UTILITIES, INC., and a Certain First Mortgage of SARANAC UTILITIES, INC., Dated as of January 1, 1928, Executed August 30, 1928, Amendatory of and Supplemental to Said Mortgage or Deed of Trust, Dated as of the Same Date and Executed January 16, 1928, and a Mortgage or Deed of Trust Dated August 31, 1928, of SARANAC RIVER POWER CORPORATION, Respondent, v. SARANAC RIVER POWER CORPORATION and Others, Defendants, and RUSSEL S. JOHNSON, Appellant.— Appellant Johnson has appealed from an order of the Special Term of this court denying his application for leave to intervene as a defendant in this

action individually or as *amicus curiæ*. Appellant's answer discloses that his attitude in this litigation is partisan and, therefore, he should not be permitted' to intervene as *amicus curiæ*. Appellant owns only seven per cent bonds in defendant power corporation. The trustee of that corporation is a defendant in the suit and there is no proof to indicate that the trustee is incompetent or unwilling to protect the interests of the bondholders. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.